**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GELACIO MARTINEZ-LANDIN,<br><br>Defendant. | Case No. 2:19-cr-00194-JAD-DJA<br><br>**ORDER**<br><br>ECF No. 25 |

Goos cause appearing, IT IS ORDERED that the sentencing hearing currently set for April 6, 2020 is vacated and continued to May 4, 2020, at the hour of 11:30 a.m.

DATED this 2nd day of April 2020.

_____
UNITED STATES DISTRICT JUDGE