# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Gelacio Martinez-Landin,<br><br>    Defendant | Case No.: 2:19-cr-00194-JAD-DJA<br><br>**Order Re:**<br>**Video-conference Hearing** |

IT IS HEREBY ORDERED that the Sentencing Hearing set for June 1, 2020, at 11:00 a.m. will be conducted via video.

IT IS FURTHER ORDERED that defense counsel must contact the Courtroom Administrator at danielle_cacciabauado@nvd.uscourts.gov with information on how the defendant will participate in the video conference.  If the defendant will be appearing at the hearing using his/her own equipment, the defense counsel must confirm with the Courtroom Administrator that the defendant's equipment is working and provide the defendant's email address to receive the video-conference invitation and the defendant's phone number in the event of any technical difficulties.

IT IS FURTHER ORDERED that Defense Counsel must provide all necessary documents to the defendant in advance of the hearing.

IT IS FURTHER ORDERED that Defense Counsel/the AUSA must file any necessary signed documents at least one day before the scheduled hearing as required by General Order 2020-05.

IT IS ORDERED that the following Video Conference Instructions must be complied with:

**INSTRUCTIONS FOR VIDEO CONFERENCE HEARING**

Instructions for scheduled hearings will be emailed to participants 30 minutes before the hearing to the participants' email addresses that have been provided to the Court.

- Log on to the call ten minutes before the scheduled hearing time.
- Mute your sound before entering the hearing.
- Do not talk over anyone.
- State your name for the record each time you begin to speak.
- Do not allow other people on your video screen or have them moving in the background.
- Do not record the hearing.
- No forward any video-conference invitations.
- Unauthorized users on the video conference will be removed.

Members of the public may access and listen to the hearing by calling 888-808-6929 and entering access code 2178469 no later than five minutes before the scheduled hearing start time.

Anyone granted remote access to a proceeding is reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

DEBRA K. KEMPI, CLERK

By:
Danielle Cacciabaudo, Deputy Clerk